**Petition for Writ of Mandamus Denied and Memorandum Opinion filed July 19, 2018.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-18-00551-CV

---

### IN RE STEVEN M. CURTICE, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Court at Law No 2**
**Galveston County, Texas**
**Trial Court Cause No. 17-FD-1370**

---

## MEMORANDUM OPINION

On July 6, 2018, relator Steven M. Curtice filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West Supp. 2017); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Barbara E. Roberts, presiding judge of the County Court at Law No. 2 of

Galveston County, to vacate her March 9, 2018 order granting real party-in-interest Holly S. Curtice's petition for bill of review. Relator also filed a motion for stay with this court. *See* Tex. R. App. P. 52.10(a).

Subject to certain exceptions not applicable to this case, to obtain mandamus relief, a relator must show both that the trial court clearly abused its discretion and that the relator has no adequate remedy by appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Relator has not shown that he is entitled to mandamus relief. We therefore deny relator's petition for writ of mandamus and motion for stay.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Brown.